**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dan GATLIN, Defendant–Appellant.**

**No. 15–7583.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 9, 2016.

Decided: Feb. 22, 2016.

Dan Gatlin, Appellant Pro Se. Carrie
Fisher Sherard, Assistant United States
Attorney, Greenville, South Carolina, for
Appellee.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Dan Gatlin appeals the district court's order granting him a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012).* We have reviewed the record and find no reversible error. Accordingly, we deny Gatlin's motion to appoint counsel and affirm for the reasons stated by the district court. *See United States v. Gatlin,* No. 4:10–cr–00203–TLW–1 (D.S.C. Sept. 22, 2015; Oct. 8, 2015). We grant in part and deny in part Gatlin's motion to seal his informal brief on appeal by sealing pages 4, 5, and 9–11 of the brief but not sealing the remaining pages. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

Richard T. Mays appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mays v. Whitener,* No. 1:14–cv–00268–FDW, 2015 WL 1918881 (W.D.N.C. Apr. 28, 2015). We deny Mays' motion for injunction, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

* Gatlin challenges the extent of the reduction.